IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

SHAWN SMITH )
 )
    Plaintiff, )
 )
vs. ) Cause No. 4:08-CV-1702
 )
POLICE OFFICER MICHAEL BLAND, )
OFFICER JOHN DOE 1; OFFICER JOHN DOE 2, )
WELLSTON POLICE DEPARTMENT )
 )
    Defendants. )

```
MOTION:
Granted    ✓
Denied    ____
Overruled ____
Date ____
    [signature] 2/11/05
```

### ENTRY OF APPEARANCE AND REQUEST FOR ADDITIONAL TIME

**COMES NOW**, White Coleman & Associates, LLC, Dorothy White-Coleman and Susie McFarlind, and hereby enter their appearance on behalf of Defendant Wellston Police Department in the above-referenced cause. Said Defendant respectfully requests an additional twenty (20) days, up to and including March 2, 2009, to answer and/or otherwise respond to Plaintiff's Complaint. Plaintiff consents to this request for additional time.

Respectfully submitted,

WHITE COLEMAN & ASSOCIATES, LLC

By: /s/ Dorothy White-Coleman
    Dorothy White-Coleman, #31693
    Susie McFarlind, #29992
    Attorneys for Defendant
    500 North Broadway, Suite 1300
    St. Louis, Missouri 63102-2110
    (314) 621-7676 (Telephone)
    (314) 621-0959 (Facsimile)
    E-mail: whitecoleman@whitecoleman.net