IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:08-CV-1702 |
| | ) | |
| POLICE OFFICER MICHAEL BLAND, | ) | |
| OFFICER JOHN DOE 1, OFFICER JOHN DOE 2, | ) | |
| WELLSTON POLICE DEPARTMENT | ) | |
| | ) | |
| Defendants. | ) | |

MOTION: ✓
Granted _____
Denied _____
Overruled _____
Date _____
CKP 2/18/09

### REQUEST FOR ADDITIONAL TIME

**COMES NOW,** White Coleman & Associates, LLC, Dorothy White-Coleman and Susie McFarlind, and respectfully request an additional twenty (20) days, up to and including March 3, 2009, to answer and/or otherwise respond to Plaintiff's Complaint on behalf of Defendant Michael Bland. Plaintiff consents to this request for additional time.

Respectfully submitted,

WHITE COLEMAN & ASSOCIATES, LLC

By: /s/ Dorothy White-Coleman
    Dorothy White-Coleman, #31693
    Susie McFarlind, #29992
    Attorneys for Defendant
    500 North Broadway, Suite 1300
    St. Louis, Missouri 63102-2110
    (314) 621-7676 (Telephone)
    (314) 621-0959 (Facsimile)
    E-mail: whitecoleman@whitecoleman.net